1 | MARYLON M. BOYD SBN #139642
**LAW OFFICES OF MARYLON M. BOYD**
2 | 2201 Broadway Street, Suite 815
Oakland, California 94612
3 | Telephone:    (510) 663-8772
Facsimile:      (510) 663-8781
4 | lawofficeofmarylonboyd@yahoo.com

Attorney for Claimant
JOANNE CONWRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNE CONWRIGHT**<br>       Plaintiff,<br>v.<br>**CITY OF OAKLAND; RAY DERANIA; ANTOINETTE RENWICK; JEFFREY ROBINSON; CHERYL HALL TONGUE; AND DOES 1 THROUGH 5**<br>       Defendants | Case No.: C09 2572 TEH<br><br>~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE: APRIL 26, 2010<br>TIME: 1:30 P.M.<br>COURTROOM: 12, 19TH FLR |

**GOOD CAUSE** appearing the case management conference currently scheduled in this matter is continued. to June 21, 2010 at 1:30 p.m.

Dated: 04/20/10

_____
Judge Thelton
Senior Judge

*[Signature: Judge Thelton E. Henderson]*
*[Seal: United States District Court, Northern District of California]*