IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE CONWRIGHT,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.

NO. C09-2572 TEH

ORDER GRANTING EXTENSION OF TIME AND ORDER TO SHOW CAUSE

    Defendants noticed a motion to dismiss for July 19, 2010, making Plaintiff's opposition or statement of non-opposition due on June 28, 2010. *See* Civ. L.R. 7-3(a)-(b). Plaintiff failed to file either document.

    This Court's courtroom deputy telephoned Plaintiff's counsel, Ms. Marylon Boyd, on June 29, 2010, and Ms. Boyd informed the Court that she intended to file a stipulation to continue the briefing and hearing schedule. The parties filed such a stipulation later that same day, asking that the motion hearing be continued to August 16, 2010, and the briefing schedule extended accordingly, because Plaintiff's counsel is scheduled to appear at trial in another matter on July 19, 2010.

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall file her opposition or statement of non-opposition to Defendants' motion to dismiss on or before **July 26, 2010.** Defendants shall file their reply on or before **August 2, 2010.** The hearing shall be held on **August 16, 2010, at 10:00 AM.**

    IT IS FURTHER ORDERED that Ms. Boyd shall show cause on **August 16, 2010, at 10:00 AM**, as to why sanctions should not be imposed for her failure to file a timely opposition or statement of non-opposition. If Ms. Boyd wishes to file a written response to this order to show cause, she must do so on or before **July 26, 2010.** In lieu of a show cause hearing, Ms. Boyd may instead pay $50.00 to the Clerk of the Court as a sanction for her

violation of this Court's Local Rules and submit a declaration, on or before **July 26, 2010,** stating that she has done so.

**IT IS SO ORDERED.**

Dated:   06/30/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT