1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9    JOANNE CONWRIGHT,

10                            Plaintiff,                    NO. C09-2572 TEH

11                v.                                        SCHEDULING ORDER AND
                                                           ORDER VACATING ORDERS
12   CITY OF OAKLAND, et al.,                              TO SHOW CAUSE

13                            Defendants.

14

15          Plaintiff's counsel has submitted late payment of the $50.00 sanction discussed in the

16  June 30, 2010 Order to Show Cause, and Plaintiff also has filed an opposition to Defendants'

17  pending motion to dismiss.  In addition, the Court has reviewed Plaintiff's timely written

18  response to the July 27, 2010 Order to Show Cause as to why this case should not be

19  dismissed and sanctions should not be imposed.  The Court now finds good cause to place

20  Defendants' motion to dismiss back on calendar with no further sanctions to Plaintiff's

21  counsel.  However, counsel is advised that failure to comply with the Court's rules and

22  deadlines in the future will be subject to additional sanctions.

23          With good cause appearing, IT IS HEREBY ORDERED that:

24          1.  The June 30 and July 27 Orders to Show Cause are hereby VACATED.

25          2.  The hearing on Defendants' motion to dismiss shall be held on **September 13,**

26  **2010, at 10:00 AM.**  Defendants' reply shall be filed on or before **August 23, 2010.**

27  //

28  //

*United States District Court*
For the Northern District of California

1       3.  The case management conference currently scheduled for August 23, 2010, shall

2   be continued to **October 4, 2010, at 1:30 PM.**  The parties shall meet and confer and file a

3   joint case management conference statement on or before **September 27, 2010.**

4

5   **IT IS SO ORDERED.**

6

7   Dated:   08/09/10

8                                 THELTON E. HENDERSON, JUDGE
                                  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California