John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:     (415) 353-0990

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT.<br><br>    Plaintiff,<br>vs.<br><br>CITY OF OAKLAND and ITS AGENTS, CHERRY HALL TONGUE; RAY DERANIA; and ANTOINETTE RENWICK,<br><br>    Defendants | Case No.: C 09-2572 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Judge Thelton E, Henderson |

Plaintiff JOANNE CONWRIGHT and Defendant CITY OF OAKLAND, acting by and through their respective legal counsel, hereby stipulate and request an order from the court continuing the Case Management Date presently set for Monday, October 4, 2010 in the above-named matter. The parties stipulate to the following:

1.    To continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report from September 27, 2010 to January 10, 2011, or a date thereafter as convenient for the court;

1

2. To continue the date to file a Joint Case Management Conference Statement from September 27, 2010 to January 10, 2011, or a date thereafter at the convenience of the court;

4. To continue the Case Management Conference to January 17, 2011, or a date thereafter at the convenience of the court.

Good cause exists for this stipulation in the interests of judicial economy and to conserve the parties' resources because the Rule 26 report and content of the parties' Initial Disclosures will depend upon the pleadings, the scope of which is uncertain until plaintiff files an amended complaint as ordered by the court, on or around October 8, 2010.

It is so Stipulated.

Dated: September 22, 2010        LAW OFFICES OF MARYLON M. BOYD


By:_____/s/_____
Marylon M. Boyd
Attorney for Plaintiff JOANNE CONWRIGHT


Dated: September 22, 2010        BERTRAND, FOX & ELLIOT


By:_____/s/_____
Eugene B. Elliot
Christine Lee
Attorneys for Defendant CITY OF OAKLAND


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: September 22, 2010                _____/s/_____
Christine Lee

2

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC & RELATED DATES

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the date to Meet and Confer regarding Initial Disclosures and the parties Rule 26 report from September 27, 2010 to January 10, 2011; and

To continue the date to file a Joint Case Management Conference Statement from September 27, 2010 to January 10, 2011; and

To continue the Case Management Conference to January ~~17~~ 24, 2011, is GRANTED.

DATED:    09/23/10



THE HONORABLE THELTON E. HENDERSON

3

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC & RELATED DATES