John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT.<br><br>    Plaintiff,<br>    vs.<br>CITY OF OAKLAND and ITS AGENTS,<br>CHERRY HALL TONGUE; RAY DERANIA;<br>and ANTOINETTE RENWICK,<br><br>    Defendants | Case No.: C 09-2572 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT**<br><br>Judge Thelton E, Henderson |

Plaintiff JOANNE CONWRIGHT and Defendant CITY OF OAKLAND, acting by and through their respective legal counsel, hereby stipulate to and request an order from the court allowing plaintiff to file a Third Amended Complaint in the above-named matter.

Good cause exists for this stipulation in the interests of judicial economy and to conserve the parties' resources, as it will avoid the need for a motion to dismiss. In addition, allowing this amendment will not disturb the date of the Case Management Conference.

1    Plaintiff's Third Amended Complaint will by filed on or before November 15, 2010.
2  Defendant's responsive pleading will be due fourteen days after plaintiff files the Third Amended
3  Complaint.

It is so Stipulated.

7  Dated:  October 22, 2010                    LAW OFFICES OF MARYLON M. BOYD

9                                                      By:  _____/s/_____
                                                       Marylon M. Boyd
10                                                     Attorney for Plaintiff JOANNE CONWRIGHT

13  Dated:  October 22, 2010                    BERTRAND, FOX & ELLIOT

15                                                     By:  _____/s/_____
                                                       Eugene B. Elliot
16                                                     Christine Lee
                                                       Attorneys for Defendant CITY OF OAKLAND

ATTORNEY ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/s/) within this E-filed document.

Dated:  October 22, 2010                          _____/s/_____
                                                       Christine Lee

///

///

///

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to allow plaintiff to file a Third Amended Complaint is GRANTED.  Plaintiff shall file the Third Amended Complaint by November 15, 2010.  Defendant shall file a responsive pleading by December 2, 2010.

DATED: 10/26/10  _____
THE HONORABLE THELTON E. HENDERSON



STIPULATION & [PROPOSED] ORDER REGARDING THIRD AMENDED COMPLAINT