LAW OFFICES OF
# BERTRAND, FOX & ELLIOT
A PROFESSIONAL CORPORATION
THE WATERFRONT BUILDING
2749 HYDE STREET
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 353-0999
TELECOPIER: (415) 353-0990
Email: eelliot@bfesf.com

THOMAS F. BERTRAND
GREGORY M. FOX
EUGENE B. ELLIOT
RICHARD W. OSMAN
MICHAEL C. WENZEL
JOSHUA K. CLENDENIN

OF COUNSEL
NANCY A. HUNEKE
DANA L. SOONG
ARLENE HELFRICH
RICHARD E. HAMMOND
ILANA KOHN
RACHEL Z. WAGNER
CHRISTINE LEE

June 7, 2011

Hon. Joseph C. Spero
United States District Court, Northern District
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Joanne Conwright v. City of Oakland, et al.*
Northern District Court Case No.: C09-02572 TEH

Dear Judge Spero,

This letter serves to inform you that the parties have resolved the issues presented in defendant City of Oakland's motion to compel initial disclosures and request for evidentiary and monetary sanctions. After the City filed its motion to compel, plaintiff provided her initial disclosures to the City.

Because the issue of compelling the production of plaintiff's initial disclosures is resolved, the parties request this court excuse lead counsel from appearing in person, as directed in the court's June 6, 2011 order.

Thank you for your consideration of this request.

Respectfully submitted,

Dated: June 7, 2011

LAW OFFICES OF MARYLON M. BOYD

By: _____/s/_____
Marylon M. Boyd
Attorney for Plaintiff JOANNE CONWRIGHT

Dated: June 7, 2011

BERTRAND, FOX & ELLIOT

Dated: June 10, 2011

IT IS SO ORDERED
Judge Joseph C. Spero

_____/s/_____
Eugene B. Elliot
Christine Lee
Attorneys for Defendant CITY OF OAKLAND