UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF OAKLAND, ET AL,<br><br>    Defendant(s). | Case No. C09-02572 TEH (JCS)<br><br>**ORDER STRIKING DOCKET NOS. 79, 80 AND 81** |

IT IS HEREBY ORDERED that the Letter from Christine Lee responding to Ms. Boyd's October 14, 2011, letter re: discovery disputes, docket no. 79, and supporting exhibits, docket nos. 80 and 81, are STRICKEN from the record as it violates this Court's order.

IT IS SO ORDERED.

Dated: October 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge