IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>           Defendants. | NO. C09-2572 TEH<br><br>ORDER GRANTING UNOPPOSED MOTIONS IN LIMINE |

On February 14, 2012, Plaintiff filed four motions in limine and Defendant filed eight. Pursuant to the March 14, 2011 Order for Pretrial Preparation, oppositions to the motions in limine were due on February 21, 2012. Defendant filed timely oppositions to Plaintiff's motions in limine numbers 1, 3, and 4. No other oppositions were filed. Accordingly, Plaintiff's motion in limine number 2 and all of Defendant's motions in limine are GRANTED as unopposed. The Court will address Plaintiff's motions in limine numbers 1, 3, and 4 by separate order.

**IT IS SO ORDERED.**

Dated: 02/22/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT