| | |
|---|---|
| 1 | Barbara A. Parker, State Bar No. 69722 |
| 2 | Office of the City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor |
| 3 | Oakland, CA  94612<br>Telephone:  (510) 238-3601 |
| 4 | Facsimile:  (510) 238-6500 |
| 5 | Eugene B. Elliot, State Bar No. 111475 |
| 6 | Christine Lee, State Bar No. 231617<br>BERTRAND, FOX & ELLIOT |
| 7 | The Waterfront Building<br>2749 Hyde Street |
| 8 | San Francisco, California 94109<br>Telephone: (415) 353-0999 |
| 9 | Facsimile:  (415) 353-0990 |
| 10 | Attorneys for Defendant CITY OF OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; RAY DERANIA; ANTOINETTE RENWICK; JEFFREY ROBINSON; CHERYL HALL TONGUE; AND DOES 1 THROUGH 5<br><br>          Defendants. | Case No. 3:09-cv-02572-TEH<br><br>**[~~PROPOSED~~] ORDER RE USE OF TECHNOLOGICAL EQUIPMENT AT TRIAL**<br><br>Trial:  March 6, 2012<br><br>Courtroom 2, 17th Floor<br><br>**Hon. Thelton E.  Henderson** |

Defendant CITY OF OAKLAND ("CITY") requests an order allowing the use of video projection equipment, the ELMO system, a screen and stand, and a laptop for use at trial in order to display the CITY's trial exhibits.  The CITY expects to bring accompanying power strips, wires, cords and cables.

IT IS SO ORDERED.

DATED: 02/29/2012

The Honorable Judge Thelton E. Henderson

1

[PROPOSED] ORDER RE USE OF TECHNOLOGICAL EQUIPMENT AT TRIAL
Case No.:  3:09-cv-02572-TEH