Barbara A. Parker, State Bar No. 69722
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612
Telephone:  (510) 238-3601
Facsimile:  (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CONWRIGHT<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND; RAY DERANIA; ANTOINETTE RENWICK; JEFFREY ROBINSON; CHERYL HALL TONGUE; AND DOES 1 THROUGH 5<br><br>　　　　Defendants. | Case No. 3:09-cv-02572-TEH<br><br>**[PROPOSED] ORDER RE USE OF TECHNOLOGICAL EQUIPMENT AT TRIAL**<br><br>Trial:  March 6, 2012<br><br>Courtroom 2, 17th Floor<br><br>**Hon. Thelton E. Henderson** |

Defendant CITY OF OAKLAND ("CITY") requests an order allowing the use of video projection equipment, the ELMO system, a screen and stand, and a laptop for use at trial in order to display the CITY's trial exhibits.  The CITY expects to bring accompanying power strips, wires, cords and cables.

　　　　IT IS SO ORDERED.

DATED: 02/29/2012

_____
The Honorable Judge Thelton E. Henderson

1