1  MARYLON M. BOYD, ESQ.SBN: 139642
   LAW OFFICES OF MARYLON M. BOYD
2  2201 Broadway Street, Suite 815
   Oakland, CA 94612
3  Tel: 510-663-8772
   Fax: 510-663-8781
4
   Attorney for Plaintiff
5  Joanne Conwright

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8
   JOANNE CONWRIGHT                 CASE NO: 3:09-CV-02572 TEH
9
        Plaintiff
10

11      vs.                         [PROPOSED] ORDER RE USE OF
                                    TECHNICAL EQUIPMENT AT TRIAL
12 CITY OF OAKLAND

13      Defendant                   Trial Dates; March 6, 2012
                                    Courtroom 2, 17th floor
14 _____/
                                    Hon. Thelton E. Henderson
15

16

17   Plaintiff JOANNE CONWRIGHT requests an order allowing the use of video projection

18 equipment, the ELMO system, a screen and stand, and a laptop for use at trial in order to display

19 JOANNE CONWRIGHT'S trial exhibits. JOANNE CONWRIGHT expects to bring accompanying

20 power strips, wires, cords and cables.

21
   IT IS SO ORDERED.
22

23

24   DATED: ____03/01/2012_____           _____
                                           The Honorable Thelton E. Henderson
25                                         Judge Thelton E. Henderson

26

27

28