1  **MARYLON M. BOYD, ESQ.SBN: 139642**
   **LAW OFFICES OF MARYLON M. BOYD**
2  2201 Broadway Street, Suite 815
   Oakland, CA 94612
3  Tel: 510-663-8772
   Fax: 510-663-8781
4
   Attorney for Plaintiff
5  Joanne Conwright

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8
   **JOANNE CONWRIGHT**                CASE NO: 3:09-CV-02572 TEH
9
         Plaintiff
10
11       vs.                           [~~PROPOSED~~] ORDER RE USE OF
                                       TECHNICAL EQUIPMENT AT TRIAL
12 **CITY OF OAKLAND**
13       Defendant                     Trial Dates; March 6, 2012
                                       Courtroom 2, 17th floor
14 _____/
                                       Hon. Thelton E. Henderson
15

16

17  Plaintiff JOANNE CONWRIGHT requests an order allowing the use of video projection

18 equipment, the ELMO system, a screen and stand, and a laptop for use at trial in order to display

19 JOANNE CONWRIGHT'S trial exhibits. JOANNE CONWRIGHT expects to bring accompanying

20 power strips, wires, cords and cables.

21
   IT IS SO ORDERED.
22

23

24  DATED: ___03/01/2012___           _____
                                      The Honorable Thelton E. Henderson
25                                    Judge Thelton E. Henderson