IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE CONWRIGHT,

   Plaintiff,

v.

CITY OF OAKLAND, et al.,

   Defendants.

NO. C09-2572 TEH

ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

   On March 16, 2012, Defendant City of Oakland orally moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. Later that same day, the jury returned a verdict in favor of Defendant on all questions. Accordingly, Defendant's motion for judgment as a matter of law is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: 03/19/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT