IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE CONWRIGHT,

          Plaintiff,

    v.

CITY OF OAKLAND, et al.,

          Defendants.

NO. C09-2572 TEH

JUDGMENT

This action came before the Court for a trial by jury, which rendered its verdict on March 16, 2012, in favor of Defendant City of Oakland. Accordingly, IT IS HEREBY ORDERED that judgment is entered in favor of Defendant City of Oakland and against Plaintiff Joanne Conwright. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 03/21/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT