1    Baron J. Drexel, CBN 132529
     Law Offices of Baron J. Drexel
2    212 Ninth Street, Suite 401
     Oakland, California 94607
3    Telephone:  (510) 444-3184
     Facsimile:  (510) 444-3181
4    E-mail:      drexlex@sbcglobal.net

5    Co-Counsel for Plaintiff Brent Beckway

6

7

8                    UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
9

10   Brent Beckway,                          Case No.: C075072

11              Plaintiff,                    STIPULATED REQUEST TO
                                              WITHDRAW DOCUMENT
12        vs.                                 AND PERMIT FILING OF
                                              NEW DECLARATION AND
13   Deputy Paul DeShong, Does 1 through 10,  ORDER THEREON
     inclusive, Sheriff Rodney K. Mitchell, County
14   of Lake Sheriff's Department and County of
     Lake
15

16              Defendants.

17

18

19          Pursuant to Local Rule 7-11, the parties, through undersigned counsel, stipulate: (1)  that

20   the document at Docket No. 324-1 be withdrawn and removed from the docket and (2)  Plaintiff

21   be permitted to file a declaration to replace the withdrawn document.   The parties so stipulate to

22   avoid dispute over the contents of paragraph 7 in said document.

23   Date:   April 10, 2012                   By:_____/s/_____
                                                        Baron J. Drexel
24                                                 Co-Counsel for Plaintiff Beckway

25
                                        - 1
                       Stipulation Re Withdrawal of Document

1

2   Date:   April 11, 2012                                    By:_____/s/_____
                                                                 Mark A. Jones
3                                                                Attorney for Defendant Ward

4   Date:   April 11, 2012                                    By: _____/s/_____
                                                                 John R. Whitefleet
5                                                                Attorney for Defendant Deshong

6                                   ORDER

7
             PURSUANT TO STIPULATION, IT IS SO ORDERED.
8

9   Date:   April __11__, 2012

10

11                                              _____
                                                                             erson
12

13                                              Judge Thelton E. Henderson

14

15

16

17

18

19

20

21

22

23

24

25

Stipulation Re Withdrawal of Document