1  Baron J. Drexel, CBN 132529
   Law Offices of Baron J. Drexel
2  212 Ninth Street, Suite 401
   Oakland, California 94607
3  Telephone:  (510) 444-3184
   Facsimile:  (510) 444-3181
4  E-mail:      drexlex@sbcglobal.net
5
   Co-Counsel for Plaintiff Brent Beckway
6

7

8              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
9

10 Brent Beckway,                          Case No.: C075072

11         Plaintiff,                      STIPULATED REQUEST TO
                                           WITHDRAW DOCUMENT
12    vs.                                  AND PERMIT FILING OF
                                           NEW DECLARATION AND
13 Deputy Paul DeShong, Does 1 through 10, ORDER THEREON
   inclusive, Sheriff Rodney K. Mitchell, County
14 of Lake Sheriff's Department and County of
   Lake
15
           Defendants.
16

17

18
           Pursuant to Local Rule 7-11, the parties, through undersigned counsel, stipulate: (1) that
19
   the document at Docket No. 324-1 be withdrawn and removed from the docket and (2) Plaintiff
20
   be permitted to file a declaration to replace the withdrawn document.  The parties so stipulate to
21
   avoid dispute over the contents of paragraph 7 in said document.
22

23 Date:   April 10, 2012                   By:_____/s/_____
                                                    Baron J. Drexel
24                                                Co-Counsel for Plaintiff Beckway

25
                                        - 1 -
                         Stipulation Re Withdrawal of Document

Date: April 11, 2012                    By:_____/s/_____
                                              Mark A. Jones
                                              Attorney for Defendant Ward

Date: April 11, 2012                    By: _____/s/_____
                                              John R. Whitefleet
                                              Attorney for Defendant Deshong

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 11, 2012

_____
Judge Thelton E. Henderson

- 2 -

Stipulation Re Withdrawal of Document