IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNE CONWRIGHT,

               Plaintiff,

v.

CITY OF OAKLAND, et al.,

               Defendants.

NO. C09-2572 TEH

ORDER RE: REPLY ON PLAINTIFF'S MOTION FOR NEW TRIAL

Plaintiff Joanne Conwright filed a motion for new trial on April 18, 2012. Defendant City of Oakland filed a timely opposition on May 1, 2012. To date, Conwright has not filed a reply, which was due on May 9, 2012. The Court construes this failure as a waiver of the reply and will proceed to consider this matter based on the papers that have been timely filed. Because the Court is uncertain at this time whether oral argument will be necessary, the hearing shall remain on calendar on June 4, 2012, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 05/14/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT